```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BIJU MATHEW,                                      :
                                                  :     19-cv-11232 (LTS) (RWL)
                          Plaintiff,              :
                                                  :
         - against -                              :     SCHEDULING ORDER
                                                  :
LONG ISLAND RAILROAD COMPANY,                     :
                                                  :
                          Defendant.              :
---------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court hereby schedules a telephonic conference for the above-captioned case to take place on April 16, 2020 at 10:00 a.m. The parties shall call the teleconference line at (888) 398-2342 and enter pass code 9543348.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 10, 2020
       New York, New York