```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BIJU MATHEW,

                 Plaintiff,

       - against -

LONG ISLAND RAILROAD COMPANY,

                 Defendant.
-------------------------------------------------------------X

19-cv-11232 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

    For the reasons stated during the telephonic conference held on April 16, 2020, Plaintiff's request for an order directing that depositions in this matter be taken by telephone or other remote means is DENIED as premature and without prejudice to renew at a later date.

                                     SO ORDERED.

                                    _____
                                    ROBERT W. LEHRBURGER
                                    UNITED STATES MAGISTRATE JUDGE

Dated: April 16, 2020
       New York, New York