USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
BIJU MATHEW,

       Plaintiff,

  - against -

LONG ISLAND RAILROAD COMPANY,

       Defendant.
-------------------------------------------------------------X

19-CV-11232 (LTS) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

  The deadline for completion of expert discovery in this case expired on March 1, 2021. No filing on ECF has been made since December 23, 2020. The last 60-day status report required under the scheduling order was filed on October 27, 2020. Accordingly, no later than July 8, 2021, the parties shall jointly file a status letter, which in addition to status shall indicate whether the parties believe it would be useful at this time to conduct a settlement conference. Failure to comply with this order may result in dismissal of the case for failure to prosecute.

            SO ORDERED.

            _____
            ROBERT W. LEHRBURGER
            UNITED STATES MAGISTRATE JUDGE

Dated: July 2, 2021
    New York, New York

Copies transmitted this date to all counsel of record.